UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LESLIE MCKNIGHT, *et al*,

Plaintiffs,

v.

SAMANTHA EDMONDO, *et al.*,

Defendants.

Case No. 3:26-CV-00432-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3.)

Plaintiff Leslie McKnight brings this action against Defendants Samantha Edmondo, Stephanie Jammermen, Stephen B. Reyes, and Doe Defendants 1-10 under several federal statutes. (ECF No. 1-1.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) recommending granting that McKnight's application to proceed *in forma pauperis* be denied as moot and her complaint be denied without prejudice and without leave to amend. (ECF No. 3).

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full. McKnight's complaint arise from her pending criminal case in Nevada state court, which is barred by *Younger* abstention. *See Younger v. Harris*, 401 U.S. 37 (1971). The Court therefore adopts Judge Baldwin's R&R in full.

## I. Conclusion

It is therefore ordered that Judge Baldwin's report and recommendation

(ECF No. 3) is ADOPTED in full.

It is further ordered that McKnight's application to proceed *in forma pauperis* (ECF No. 1) be DENIED AS MOOT.

It is further ordered that the complaint (ECF No. 1-1) be DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED: August 27, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE